EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas especiales para la extensión de términos por motivo de concesión del viernes 28 de julio de 2006 como día libre | 2006 TSPR 122<br><br>168 DPR _____ |

Número del Caso: EM-2006-5


Fecha: 14 de julio de 2006


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas especiales para
la extensión de términos
por motivo de concesión del
viernes 28 de julio de 2006          EM-2006-05
como día libre

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Rivera Pérez y la Juez Asociada señora Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de julio de 2006.

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre el 28 de julio de 2006 a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones. A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A secs. 72 y 73, y se considerará el viernes, 28 de julio de 2006 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes, 31 de julio de 2006, próximo día laborable.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo